# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **KIMBERLY L. WILLIAMS,** | ) | |
| Plaintiff, | ) | Case No. 2:17CV00037 |
| v. | ) | **ORDER** |
| **AMANDA STEVENS, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

For the reasons stated in the Opinion accompanying this Order, it is **ORDERED** that the Plaintiff's Complaint is DISMISSED without prejudice.

The Clerk shall close the case.

ENTER: December 11, 2017

/s/ James P. Jones
United States District Judge